AO 450 (Rev. 11/11) Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

ANTWAN M CARRUTHERS )
*Transgender Person: Mrs. Eye Keyla My'Twana* )
*Carruthers Washington*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington
        Plaintiff )
      v. ) Civil Action No. 3:23-cv-500
WESTVILLE CORRECTIONAL FACILITY )
WCF/WCC, )
GALIPEAU, Warden-My Overseer Mr.
SONNENBERG, Ms., Law Library Clerk
        Defendant )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff _____

**X** other:  This Case is  DISMISSED WITHOUT PREJUDICE

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Robert L. Miller, Jr.

DATE: 6/21/2023_____

          *Chanda J. Berta, Clerk of Court*

          by___s/ N. Eddy_____
          *Signature of Clerk or Deputy Clerk*